■ Oskana Stasyszyn, Appellant, v Sutton East Associates et al., Respondents. (And a Third-Party Action.)

No opinion. Concur—Wallach, J. P., Kupferman, Ross and Smith, JJ.